**Order entered December 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00835-CV

**ECLAT PRIVATE EQUITY, INC. ET AL, Appellants**

**V.**

**HASSAN PARSA, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05093**

## ORDER

We **GRANT** apellants' December 6, 2013 second motion to extend time to file appellants' brief and **ORDER** appellants to file their brief no later than February 5, 2014. Appellants are cautioned that no further extensions will be granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
          JUSTICE